**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Aimee Stewart

                    Plaintiff,

v.

The Partnerships and Unincorporated Associations
Identified on Schedule A, et al.

                    Defendant.

Case No.:
1:26–cv–03073
Honorable Virginia M.
Kendall

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 25, 2026:

      MINUTE entry before the Honorable Virginia M. Kendall. Status hearing held on 6/25/2026. Plaintiff's Counsel reported they are working on resolution with last remaining Defendant. Mailed notice(lk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.