AO 121 (6/90)

| TO: | |
|---|---|
| **Register of Copyrights**<br>**Copyright Office**<br>**Library of Congress**<br>**Washington, D.C. 20559** | **REPORT ON THE FILING OR DETERMINATION OF AN ACTION OR APPEAL REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| | | |
|---|---|---|
| ☒ ACTION ☐ APPEAL | | COURT NAME AND LOCATION<br>Northern District of Illinois |
| DOCKET NO.<br>1:26-cv-03073 | DATE FILED<br>3/19/2026 | |
| PLAINTIFF<br>Aimee Stewart | | DEFENDANT<br>The Partnerships and Unincorporated Associations Identified on Schedule A |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 | see attached | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY | |
|---|---|---|
| | ☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading | |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED | WRITTEN OPINION ATTACHED | DATE RENDERED |
|---|---|---|
| ☐ Order ☐ Judgment | ☐ Yes ☐ No | |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| Thomas G. Bruton | E. Calasanz | 8/27/2026 |

**DISTRIBUTION:**

1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

Exhibit 1

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-460-552**
**Effective Date of Registration:**
July 08, 2025
**Registration Decision Date:**
September 03, 2025

## Supplementary Registration

**Supplement To:** VA0002406161, 2024

## Title

**Title of Work:** Treasure Hunt Book Shelf

## Completion/Publication

**Year of Completion:** 2013
**Date of 1st Publication:** January 03, 2013
**Nation of 1st Publication:** United States

## Author

- **Author:** Aimee Stewart
  **Pseudonym:** Jason Taylor;Whirly Twirly Studios
  **Author Created:** 2-D artwork
  **Citizen of:** United States
  **Pseudonymous:** Yes

## Copyright Claimant

**Copyright Claimant:** Aimee Stewart
6313 Flowery Divide Rd., Cashmere, WA, 98815, United States

## Rights and Permissions

**Organization Name:** MGL Licensing
**Name:** Adam Meiklejohn
**Email:** adam@mglart.com
**Telephone:** +4402083928010
**Address:** 61 Mortlake High Street

London SW14 8HL United Kingdom

## Certification

**Name:** David Denholm, Authorized agent of Aimee Stewart
**Date:** July 08, 2025
**Applicant's Tracking Number:** ASSUP2025070718

**Explanation of Corrections:** Correction of the pseudonym and rectification of the address in the copyright claimant information.


Once
Upon
a Time...
...in a kingdom
filled with
enchanted books,
there was a girl
who loved
to read.

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-461-296**
**Effective Date of Registration:**
July 07, 2025
**Registration Decision Date:**
September 05, 2025

## Supplementary Registration

**Supplement To:** VA0002404619, 2024

## Title

**Title of Work:** Beachcomber's Bounty

## Completion/Publication

**Year of Completion:** 2020
**Date of 1st Publication:** February 17, 2020
**Nation of 1st Publication:** United States

## Author

- **Author:** Aimee Stewart, dba Whirly Twirly Studios
  **Pseudonym:** Jason Taylor
  **Author Created:** 2-D artwork
  **Citizen of:** United States
  **Pseudonymous:** Yes

## Copyright Claimant

**Copyright Claimant:** Aimee Stewart, dba Whirly Twirly Studios
6313 Flowery Divide Rd., Cashmere, WA, 98815, United States

## Rights and Permissions

**Organization Name:** MGL Licensing
**Name:** Adam Meiklejohn
**Email:** adam@mglart.com
**Telephone:** +4402083928010
**Address:** 61 Mortlake High Street

London SW14 8HL United Kingdom

## Certification

**Name:** David Denholm, Authorized agent of Aimee Stewart
**Date:** July 07, 2025
**Applicant's Tracking Number:** ASSUP2025070702

**Explanation of Corrections:** Correction of the pseudonym and rectification of the address in the copyright claimant information.


FINEST

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-460-555**
**Effective Date of Registration:**
July 08, 2025
**Registration Decision Date:**
September 03, 2025

## Supplementary Registration

**Supplement To:** VA0002398751, 2024

## Title

**Title of Work:** Wish Upon Bookshop

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** January 14, 2016
**Nation of 1st Publication:** United States

## Author

- **Author:** Aimee Stewart
  **Pseudonym:** Jason Taylor;Whirly Twirly Studios
  **Author Created:** 2-D artwork
  **Citizen of:** United States
  **Pseudonymous:** Yes

## Copyright Claimant

**Copyright Claimant:** Aimee Stewart
6313 Flowery Divide Rd., Cashmere, WA, 98815, United States

## Rights and Permissions

**Organization Name:** MGL Licensing
**Name:** Adam Meiklejohn
**Email:** adam@mglart.com
**Telephone:** +4402083928010
**Address:** 61 Mortlake High Street

London SW14 8HL United Kingdom

## Certification

**Name:** David Denholm, Authorized agent of Aimee Stewart
**Date:** July 08, 2025
**Applicant's Tracking Number:** ASSUP2025070722

**Explanation of Corrections:** Correction of the pseudonym and rectification of the address in the copyright claimant information.


WISH UPON A BOOK
HISTORY
POETRY

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-462-739**
**Effective Date of Registration:**
July 07, 2025
**Registration Decision Date:**
July 23, 2024

## Supplementary Registration

**Supplement To:** VA0002404618, 2024

## Title

**Title of Work:** Candylicious

## Completion/Publication

**Year of Completion:** 2018
**Date of 1st Publication:** November 05, 2018
**Nation of 1st Publication:** United States

## Author

- **Author:** Aimee Stewart
  **Pseudonym:** Jason Taylor
  **Author Created:** 2-D artwork
  **Citizen of:** United States
  **Pseudonymous:** Yes

## Copyright Claimant

**Copyright Claimant:** Aimee Stewart
6313 Flowery Divide Rd., Cashmere, WA, 98815, United States

## Rights and Permissions

**Organization Name:** MGL Licensing
**Name:** Adam Meiklejohn
**Email:** adam@mglart.com
**Telephone:** +4402083928010
**Address:** 61 Mortlake High Street

London SW14 8HL United Kingdom

## Certification

**Name:** David Denholm, Authorized agent of Aimee Stewart
**Date:** July 07, 2025
**Applicant's Tracking Number:** ASSUP2025070706

**Explanation of Corrections:** Correction of the pseudonym and rectification of the address in the copyright claimant information.



# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-461-136**
**Effective Date of Registration:**
July 07, 2025
**Registration Decision Date:**
September 04, 2025

## Supplementary Registration

**Supplement To:** VA0002398757, 2024

## Title

**Title of Work:** The Family Campsite

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** November 21, 2017
**Nation of 1st Publication:** United States

## Author

- **Author:** Aimee Stewart
  **Pseudonym:** Jason Taylor;Whirly Twirly Studios
  **Author Created:** 2-D artwork
  **Citizen of:** United States
  **Pseudonymous:** Yes

## Copyright Claimant

**Copyright Claimant:** Aimee Stewart
6313 Flowery Divide Rd., Cashmere, WA, 98815, United States

## Rights and Permissions

**Organization Name:** MGL Licensing
**Name:** Adam Meiklejohn
**Email:** adam@mglart.com
**Telephone:** +4402083928010
**Address:** 61 Mortlake High Street

London SW14 8HL United Kingdom

## Certification

**Name:** David Denholm, Authorized agent of Aimee Stewart
**Date:** July 07, 2025
**Applicant's Tracking Number:** ASSUP2025070714

**Explanation of Corrections:** Correction of the pseudonym and rectification of the address in the copyright claimant information.


CAMP RULES
CAMPFIRE
ENJOY
POTATO CHIPS

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-462-611**
**Effective Date of Registration:**
July 08, 2025
**Registration Decision Date:**
September 11, 2025

## Supplementary Registration

**Supplement To:** VA0002406157, 2024

## Title

**Title of Work:** The Secret Garden Book Shelf

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** January 21, 2015
**Nation of 1st Publication:** United States

## Author

- **Author:** Aimee Stewart
  **Pseudonym:** Jason Taylor;Whirly Twirly Studios
  **Author Created:** 2-D artwork
  **Citizen of:** United States
  **Pseudonymous:** Yes

## Copyright Claimant

**Copyright Claimant:** Aimee Stewart
6313 Flowery Divide Rd., Cashmere, WA, 98815, United States

## Rights and Permissions

**Organization Name:** MGL Licensing
**Name:** Adam Meiklejohn
**Email:** adam@mglart.com
**Telephone:** +4402083928010
**Address:** 61 Mortlake High Street

London SW14 8HL United Kingdom

## Certification

**Name:** David Denholm, Authorized agent of Aimee Stewart
**Date:** July 08, 2025
**Applicant's Tracking Number:** ASSUP2025070716

**Explanation of Corrections:** Correction of the pseudonym and rectification of the address in the copyright claimant information.



# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-461-235**
**Effective Date of Registration:**
July 08, 2025
**Registration Decision Date:**
September 05, 2025

## Supplementary Registration

**Supplement To:** VA0002406171, 2024

## Title

**Title of Work:** Wine Country Escape

## Completion/Publication

**Year of Completion:** 2020
**Date of 1st Publication:** June 04, 2020
**Nation of 1st Publication:** United States

## Author

- **Author:** Aimee Stewart
  **Pseudonym:** Jason Taylor;Whirly Twirly Studios
  **Author Created:** 2-D artwork
  **Citizen of:** United States
  **Pseudonymous:** Yes

## Copyright Claimant

**Copyright Claimant:** Aimee Stewart
6313 Flowery Divide Rd., Cashmere, WA, 98815, United States

## Rights and Permissions

**Organization Name:** MGL Licensing
**Name:** Adam Meiklejohn
**Email:** adam@mglart.com
**Telephone:** +4402083928010
**Address:** 61 Mortlake High Street

London SW14 8HL United Kingdom

## Certification

**Name:** David Denholm, Authorized agent of Aimee Stewart
**Date:** July 08, 2025
**Applicant's Tracking Number:** ASSUP2025070721

**Explanation of Corrections:** Correction of the pseudonym and rectification of the address in the copyright claimant information



# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-461-289**
**Effective Date of Registration:**
July 07, 2025
**Registration Decision Date:**
September 05, 2025

## Supplementary Registration

**Supplement To:** VA0002404595, 2024

## Title

**Title of Work:** Birds and Blooms Garden

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** August 24, 2016
**Nation of 1st Publication:** United States

## Author

- **Author:** Aimee Stewart, dba Whirly Twirly Studios
  **Pseudonym:** Jason Taylor
  **Author Created:** 2-D artwork
  **Citizen of:** United States
  **Pseudonymous:** Yes

## Copyright Claimant

**Copyright Claimant:** Aimee Stewart, dba Whirly Twirly Studios
6313 Flowery Divide Rd., Cashmere, WA, 98815, United States

## Rights and Permissions

**Organization Name:** MGL Licensing
**Name:** Adam Meiklejohn
**Email:** adam@mglart.com
**Telephone:** +4402083928010
**Address:** 61 Mortlake High Street

London SW14 8HL United Kingdom

## Certification

**Name:** David Denholm, Authorized agent of Aimee Stewart
**Date:** July 07, 2025
**Applicant's Tracking Number:** ASSUP2025070704

**Explanation of Corrections:** Correction of the pseudonym and rectification of the address in the copyright claimant information.



# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-462-736**
**Effective Date of Registration:**
July 07, 2025
**Registration Decision Date:**
September 12, 2025

## Supplementary Registration

**Supplement To:** VA0002404597, 2024

## Title

**Title of Work:** Boho Seaside View

## Completion/Publication

**Year of Completion:** 2018
**Date of 1st Publication:** January 23, 2018
**Nation of 1st Publication:** United States

## Author

- **Author:** Aimee Stewart, dba Whirly Twirly Studios
  **Pseudonym:** Jason Taylor
  **Author Created:** 2-D artwork
  **Citizen of:** United States
  **Pseudonymous:** Yes

## Copyright Claimant

**Copyright Claimant:** Aimee Stewart, dba Whirly Twirly Studios
6313 Flowery Divide Rd., Cashmere, WA, 98815, United States

## Rights and Permissions

**Organization Name:** MGL Licensing
**Name:** Adam Meiklejohn
**Email:** adam@mglart.com
**Telephone:** +4402083928010
**Address:** 61 Mortlake High Street

London SW14 8HL United Kingdom

## Certification

**Name:** David Denholm, Authorized agent of Aimee Stewart
**Date:** July 07, 2025
**Applicant's Tracking Number:** ASSUP2025070705

**Explanation of Corrections:** Correction of the pseudonym and rectification of the address in the copyright claimant information.


Dream

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-461-234**
**Effective Date of Registration:**
July 08, 2025
**Registration Decision Date:**
September 05, 2025

## Supplementary Registration

**Supplement To:** VA0002414782, 2024

## Title

**Title of Work:** Meerkat Savannah (Variant 1)

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** April 08, 2016
**Nation of 1st Publication:** United States

## Author

- **Author:** Aimee Stewart
  **Pseudonym:** Jason Taylor;Whirly Twirly Studios
  **Author Created:** 2-D artwork
  **Citizen of:** United States
  **Pseudonymous:** Yes

## Copyright Claimant

**Copyright Claimant:** Aimee Stewart
6313 Flowery Divide Rd., Cashmere, WA, 98815, United States

## Rights and Permissions

**Organization Name:** MGL Licensing
**Name:** Adam Meiklejohn
**Email:** adam@mglart.com
**Telephone:** +4402083928010
**Address:** 61 Mortlake High Street

London SW14 8HL United Kingdom

## Certification

**Name:** David Denholm, Authorized agent of Aimee Stewart
**Date:** July 08, 2025
**Applicant's Tracking Number:** ASSUP2025070723

**Explanation of Corrections:** Correction of the pseudonym and rectification of the address in the copyright claimant information



# Certificate of Registration

SEAL OF THE UNITED STATES COPYRIGHT OFFICE 1870

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-462-595**
**Effective Date of Registration:**
July 08, 2025
**Registration Decision Date:**
September 11, 2025

## Supplementary Registration

**Supplement To:** VA0002398758, 2024

## Title

**Title of Work:** The General Store

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** January 25, 2017
**Nation of 1st Publication:** United States

## Author

- **Author:** Aimee Stewart
  **Pseudonym:** Jason Taylor;Whirly Twirly Studios
  **Author Created:** 2-D artwork
  **Citizen of:** United States
  **Pseudonymous:** Yes

## Copyright Claimant

**Copyright Claimant:** Aimee Stewart
6313 Flowery Divide Rd., Cashmere, WA, 98815, United States

## Rights and Permissions

**Organization Name:** MGL Licensing
**Name:** Adam Meiklejohn
**Email:** adam@mglart.com
**Telephone:** +4402083928010
**Address:** 61 Mortlake High Street

London SW14 8HL United Kingdom

## Certification

**Name:** David Denholm, Authorized agent of Aimee Stewart
**Date:** July 08, 2025
**Applicant's Tracking Number:** ASSUP2025070715

**Explanation of Corrections:** Correction of the pseudonym and rectification of the address in the copyright claimant information.


FLORIST
FRESH CUT FLOWERS
TOPIARIES
PLANTS
BROWN'S
GENERAL STORE
EMPORIUM
GENERAL MERCHANDISE, GOODS & SUNDRIES
FARMERS MARKET
SAT.
Welcome
DRY GOODS
& GENERAL MERCHANDISE
AMERICAN
A
PRODUCTS
TRUNKS
VALISES
ICE CREAM
SOFT DRINKS
LUMBER
Hardware
FABRIC
CARPETS
RESTROOMS
A PEACH OF A DRINK
PEACH WHIP
SOLD IN BOTTLES ONLY
APPLE PIE
OVERCOATS
BOAT RENTAL
WESTERN QUEEN
CANDY
ICE
CREAM
SODA
PENNY
CANDY
JAMS
JELLIES
FOODS
GIFTS
PECKS
RUSH
GAS
OPEN
HI-SPEED
GAS
Cracker Snack
LENOX

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-464-004**
**Effective Date of Registration:**
July 07, 2025
**Registration Decision Date:**
September 19, 2025

### Supplementary Registration

**Supplement To:** VA0002404591, 2024

## Title

**Title of Work:** A Stitch In Time

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** January 14, 2016
**Nation of 1st Publication:** United States

## Author

- **Author:** Aimee Stewart, dba Whirly Twirly Studios
  **Pseudonym:** Jason Taylor
  **Author Created:** 2-D artwork
  **Citizen of:** United States
  **Pseudonymous:** Yes

## Copyright Claimant

**Copyright Claimant:** Aimee Stewart, dba Whirly Twirly Studios
6313 Flowery Divide Rd., Cashmere, WA, 98815, United States

## Rights and Permissions

**Organization Name:** MGL Licensing
**Name:** Adam Meiklejohn
**Email:** adam@mglart.com
**Telephone:** +4402083928010
**Address:** 61 Mortlake High Street

London SW14 8HL United Kingdom

## Certification

**Name:** David Denholm, Authorized agent of Aimee Stewart
**Date:** July 07, 2025
**Applicant's Tracking Number:** ASSUP2025070701

**Explanation of Corrections:** Correction of the pseudonym and rectification of the address in the copyright claimant information.



# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-462-737**
**Effective Date of Registration:**
July 07, 2025
**Registration Decision Date:**
July 23, 2024

## Supplementary Registration

**Supplement To:** VA0002404599, 2024

## Title

**Title of Work:** Colorful Glass Bottles

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** July 06, 2017
**Nation of 1st Publication:** United States

## Author

- **Author:** Aimee Stewart, dba Whirly Twirly Studios
  **Pseudonym:** Jason Taylor
  **Author Created:** 2-D artwork
  **Citizen of:** United States
  **Pseudonymous:** Yes

## Copyright Claimant

**Copyright Claimant:** Aimee Stewart, dba Whirly Twirly Studios
6313 Flowery Divide Rd., Cashmere, WA, 98815, United States

## Rights and Permissions

**Organization Name:** MGL Licensing
**Name:** Adam Meiklejohn
**Email:** adam@mglart.com
**Telephone:** +4402083928010
**Address:** 61 Mortlake High Street

London SW14 8HL United Kingdom

## Certification

**Name:** David Denholm, Authorized agent of Aimee Stewart
**Date:** July 07, 2025
**Applicant's Tracking Number:** ASSUP2025070707

**Explanation of Corrections:** Correction of the pseudonym and rectification of the address in the copyright claimant information.



# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-462-907**
**Effective Date of Registration:**
July 07, 2025
**Registration Decision Date:**
September 15, 2025

## Supplementary Registration

**Supplement To:** VA0002404613, 2024

## Title

**Title of Work:** Grannie's Attic Treasures

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** June 01, 2015
**Nation of 1st Publication:** United States

## Author

- **Author:** Aimee Stewart, dba Whirly Twirly Studios
  **Pseudonym:** Jason Taylor
  **Author Created:** 2-D artwork
  **Citizen of:** United States
  **Pseudonymous:** Yes

## Copyright Claimant

**Copyright Claimant:** Aimee Stewart, dba Whirly Twirly Studios
6313 Flowery Divide Rd., Cashmere, WA, 98815, United States

## Rights and Permissions

**Organization Name:** MGL Licensing
**Name:** Adam Meiklejohn
**Email:** adam@mglart.com
**Telephone:** +4402083928010
**Address:** 61 Mortlake High Street

London SW14 8HL United Kingdom

## Certification

**Name:** David Denholm, Authorized agent of Aimee Stewart
**Date:** July 07, 2025
**Applicant's Tracking Number:** ASSUP2025070710

**Correspondence:** Yes
**Explanation of Corrections:** Correction of the pseudonym and rectification of the address in the copyright claimant information


THE POP SH
DELIGHT

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-462-606**
**Effective Date of Registration:**
July 08, 2025
**Registration Decision Date:**
September 11, 2025

## Supplementary Registration

**Supplement To:** VA0002406145, 2024

## Title

**Title of Work:** The Sewing Desk

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** March 26, 2016
**Nation of 1st Publication:** United States

## Author

- **Author:** Aimee Stewart
  **Pseudonym:** Jason Taylor;Whirly Twirly Studios
  **Author Created:** 2-D artwork
  **Citizen of:** United States
  **Pseudonymous:** Yes

## Copyright Claimant

**Copyright Claimant:** Aimee Stewart
6313 Flowery Divide Rd., Cashmere, WA, 98815, United States

## Rights and Permissions

**Organization Name:** MGL Licensing
**Name:** Adam Meiklejohn
**Email:** adam@mglart.com
**Telephone:** +4402083928010
**Address:** 61 Mortlake High Street

London SW14 8HL United Kingdom

## Certification

**Name:** David Denholm, Authorized agent of Aimee Stewart
**Date:** July 08, 2025
**Applicant's Tracking Number:** ASSUP2025070717

**Explanation of Corrections:** Correction of the pseudonym and rectification of the address in the copyright claimant information.


ADVANCE
STELLAR STITCHER
5496 Simplicity
"Sturdy Pants"
Happy Home

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-460-712**
**Effective Date of Registration:**
July 08, 2025
**Registration Decision Date:**
September 03, 2025

## Supplementary Registration

**Supplement To:** VA0002406146, 2024

## Title

**Title of Work:** Tropical Family Vacation

## Completion/Publication

**Year of Completion:** 2018
**Date of 1st Publication:** July 24, 2018
**Nation of 1st Publication:** United States

## Author

- **Author:** Aimee Stewart
  **Pseudonym:** Jason Taylor;Whirly Twirly Studios
  **Author Created:** 2-D artwork
  **Citizen of:** United States
  **Pseudonymous:** Yes

## Copyright Claimant

**Copyright Claimant:** Aimee Stewart
6313 Flowery Divide Rd., Cashmere, WA, 98815, United States

## Rights and Permissions

**Organization Name:** MGL Licensing
**Name:** Adam Meiklejohn
**Email:** adam@mglart.com
**Telephone:** +4402083928010
**Address:** 61 Mortlake High Street

London SW14 8HL United Kingdom

## Certification

**Name:** David Denholm, Authorized agent of Aimee Stewart
**Date:** July 08, 2025
**Applicant's Tracking Number:** ASSUP2025070719

**Explanation of Corrections:** Correction of the pseudonym and rectification of the address in the copyright claimant information.


BEACH
HAPPY HOURS
TIKI
BAR
RELAX

**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Aimee Stewart

Plaintiff,

v.

Case No.: 1:26−cv−03073
Honorable Virginia M. Kendall

The Partnerships and Unincorporated Associations Identified on Schedule A, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 27, 2026:

MINUTE entry before the Honorable Virginia M. Kendall. Plaintiff's Counsel informed the Court that Notice of Dismissal [43] resolves the last remaining Defendant. Civil case terminated. Mailed notice(lk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.